**FILED**

FEB 12 2020 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **19 CR 936** |
| v. | Violations: Title 18, United States Code, Sections 2251(a) and (e), and 2252A(a)(1) |
| CARMELO FONSECA, JR. | **JUDGE WOOD** <br> **MAGISTRATE JUDGE HARJANI** |

## COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

Between in or around July 2017 through in or around August 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 30, 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of Minor A, using a means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 21, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of Minor B, using a means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FOUR

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about August 27, 2018, at Elk Grove Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), of Minor C, using a means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about April 5, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor D, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about April 6, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

CARMELO FONSECA, JR.,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor D, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2251(a) or 2252A as set forth in this Indictment,

CARMELO FONSECA, JR.,

defendant herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest he has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A, as well as any property used and intended to be used to commit and to promote the commission of the charged offenses, as well as any property traceable to the charged offenses.

2. The property to be forfeited includes, but is not limited to the following specific property:

    a. a HP Laptop, model X16-96072, bearing serial number CNF13113NT;

    b. a LG cellular phone, model VM 670, bearing serial number 103KPWQ0338825;

    c. a Kyocera cellular phone, model C5133, using Mobile Station International Subscriber Directory Number 12245584887;

    d. a Samsung cellular phone, model SM-J320P, bearing International Mobile Equipment Identity number 355258072700219;

  e. a Kyocera cellular phone, model C6725, using Mobile Station International Subscriber Directory Number 2242327073;

  f. an Acer laptop, bearing serial number NXMSNAA00152190BA7600; and

  g. a Toshiba laptop, bearing serial number 32165621Q.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY