IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19 CR 936 |
| | ) | Hon. Andrea Wood |
| CARMELO FONSECA, JR. | ) | |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES counsel for the defendant, William Stanton, and respectfully moves this Honorable Court to enter an order allowing him to withdraw from this case. In support of this motion, counsel states as follows:

1. Fonseca was convicted after a jury trial of multiple counts of production of and transportation of child sexual abuse material.

2. Counsel attempted to meet with Fonseca today at the MCC. Fonseca would not enter the conference room, but instead stood at the doorway and demanded that counsel withdraw from the case.

3. Fonseca indicated that he was unhappy with counsel's performance and that he believed counsel was "playing with his life." A more detailed recitation of Fonseca's claims can be provided if desired.

4. At this point, there is a breakdown in communication and irreconcilable differences between Fonseca and defense counsel.

5. Due to the fractured attorney-client relationship, undersigned counsel respectfully asks leave to withdraw at this time.

1

WHEREFORE, William Stanton respectfully asks leave to withdraw from this case instanter.

Respectfully submitted,

s/ William S. Stanton

WILLIAM S. STANTON
1550 N. Northwest Hwy, Suite 203
Park Ridge, IL 60068
(773) 412-4551